FILED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William T. Walker
1010 Peconic Place
Upper Marlboro, Maryland 20774

CASE NUMBER   1:06CV01115

JUDGE: Paul L. Friedman

VS

DECK TYPE: Employment Discrimination

John W. Snow, Secretary,
Department of the Treasury, Agency
1500 Pennsylvania Avenue, NW
Washington, DC 20220

DATE STAMP: 06/19/2006

MOTION FOR COURT APPOINTED COUNSEL

I would like to request that the Court appoint an attorney to take or assist me with my case, I have not been able to find anyone.

*William J. Walker* (signature)
William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774
301-808-3589