UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774

     VS.               CIVIL ACTION NO. 1:06CV01115 PLF

John W. Snow, Secretary,
Department of the Treasury, Agency
1500 Pennsylvania Avenue, NW
Washington, DC 20220


## AFFIDAVIT OF SERVICE

I, William T. Walker, hereby declare that on the 19th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return requested, to John W. Snow. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John W. Snow, Secretary
Dept. of Treasury, Agency
1500 Pennsylvania Ave
Washington, DC 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 23 2006

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0005 0021 2686

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**RECEIVED**
JUL - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774
301-808-3589

27