UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


William T. Walker
1010 Peconic Place
Upper Marlboro, Maryland 20774


      VS                    CIVIL ACTION No. 06-1115 (PLF)

John W. Snow, Secretary,
Department of the Treasury, Agency
1500 Pennsylvania Avenue, NW
Washington, DC 20220


### EFFORTS TO OBTAIN COUNSEL

I have attempted to find an attorney who would take my case on a part-time or continuance basis. But, I have not been able to find one who would agree to do so. I was hoping that the Court would appoint an attorney to at least assist me on a part-time basis until I found an attorney who would take my case on a part-time or continuance basis.

*William J. Walker* (signature)
William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774
301-808-3589

**RECEIVED**

JUL - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT