UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1115 (PLF) |
| ) | |
| JOHN W. SNOW, SECRETARY, ) | |
| DEPARTMENT OF TREASURY ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **12th** day of July 2006, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

        William T. Walker
        1010 Peconic Place
        Upper Marlboro MD 20774
        *pro se Plaintiff*

        _____
        KATHLEEN KONOPKA
        Assistant United States Attorney