UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774

    VS.                    CIVIL ACTION NO. 06CV01115 PLF

John W. Snow, Secretary,
Department of the Treasury, Agency
1500 Pennsylvania Avenue, NW
Washington, DC 20220

### AFFIDAVIT OF SERVICE

I, William T. Walker, hereby declare that on the 19th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return requested, to the U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Avenue
Washington, DC 20530

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_        ☐ Agent   ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
JUL -7 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774
301-808-3589

**RECEIVED**

AUG 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT