UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774

    VS.                      CIVIL ACTION NO. 1:06CV01115 PLF

John W. Snow, Secretary,
Department of the Treasury, Agency
1500 Pennsylvania Avenue, NW
Washington, DC 20220


### AFFIDAVIT OF SERVICE


    I, William T. Walker, hereby declare that on the 14th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney for the
District of Columbia
501 Third Street, NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUL 0 7 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0005 0021 2679

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774
301-808-3589

**RECEIVED**
AUG 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT