UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS T. WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary, )<br>U.S. Department of the Treasury, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1115 (PLF) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A DISPOSITIVE MOTION

Defendant respectfully moves this Court for an extension of time, up to and including September 19, 2006, in which to file a dispositive motion in lieu of an answer in the above-captioned matter. Defendant's answer is currently due on September 5, 2006. A voicemail message was left for Plaintiff at his telephone number of record regarding this motion; however, as of the time of this filing, undersigned has received no response. In support of this motion, Defendant states as follows:

Consultation with agency counsel in this matter has revealed that many of Plaintiff's 15 claims are subject to dismissal. Thus, a dispositive motion at this juncture will greatly reduce and refine the issues for further litigation in this matter. However, agency counsel was able to get the appropriate materials to undersigned only this week, and thus, more time is required to prepare the motion. The requested two-week extension will ensure sufficient time to file the appropriate pleading with this Court.

WHEREFORE, Defendant respectfully requests that it be permitted to file its answer or dispositive motion in this case on September 19, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA, DC Bar #495257
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing Motion for Extension of Time has been made by mailing a copy thereof to:

WILLIAM T. WALKER
1010 Peconic Place
Upper Marlboro, MD 20774

on this \_\_\_\_ day of August, 2006.

                                                    _____
                                                  KATHLEEN KONOPKA
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th Street, N.W.; Room E4412
                                                  Washington, D.C.  20001
                                                  (202) 616-5309

Case 1:06-cv-01115-PLF    Document 10    Filed 08/31/2006    Page 4 of 4