UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS T. WALKER, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary, )<br>U.S. Department of the Treasury, )<br>)<br>      Defendant. )<br>_____ ) | Civil Action No. 06-1115 (PLF) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's motion to extend time within which to file a dispositive motion in lieu of answer, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Motion shall be, and hereby is, GRANTED,

and it is further,

ORDERED that Defendant shall respond to Plaintiff's complaint by September 19, 2006.

_____
UNITED STATES DISTRICT JUDGE