UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAMS T. WALKER, )
)
    Plaintiff, )
)
v. ) Civil Action No. 06-1115 (PLF)
)
JOHN W. SNOW, Secretary, )
U.S. Department of the Treasury, )
)
    Defendant. )
)

### ORDER

UPON CONSIDERATION of Defendant's motion to extend time within which to file a dispositive motion in lieu of answer, and the record herein, it is on this 1st day of September, 2006, hereby

ORDERED that the Motion shall be, and hereby is, GRANTED,

and it is further,

ORDERED that Defendant shall respond to Plaintiff's complaint by September 19, 2006.

_____
UNITED STATES DISTRICT JUDGE