## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM T. WALKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 06-1115 (PLF)** |
| **HENRY M. PAULSON, JR.,** ) | |
| **Secretary, U.S. Department of the** ) | |
| **Treasury,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Partial Dismissal and to Strike,

any opposition thereto, any reply, and the record herein, it is on this _____ day of _____,

2006, hereby

ORDERED that Defendant's Motion for Partial Dismissal shall be, and hereby is,

GRANTED; all claims set forth in Plaintiff's complaint in allegations 1-5, 8, and 15 are

DISMISSED; and it is further

ORDERED that Defendant's Motion to Strike shall be, and hereby is, GRANTED;

allegations 9 and 15 are STRICKEN from Plaintiff's complaint pursuant to Federal Rule of Civil

Procedure 12(f).


_____
UNITED STATES DISTRICT JUDGE