UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER, <br><br> Plaintiff, <br><br> v. <br><br> HENRY M. PAULSON, JR., <br> Secretary, U.S. Department of <br> the Treasury, <br><br> Defendant. | Civil Action No. 06-1115 (PLF) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION MOTION TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND TO STRIKE**

Plaintiff, respectfully requests an extension of time, up to and including October 6, 2006, for filing a motion in opposition to Defendant's Motion for Partial Dismissal and to Strike. Defendant's motion was postmarked on September 18, 2006, and was received by Plaintiff on September 20, 2006. A voicemail message was left for Defendant at her telephone number of record regarding this motion; however, as of the time of filing, undersigned has received no response.

Because of illness and the volume of materials in this case, the Plaintiff will need additional time with which to file his motion.

RECEIVED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, Plaintiff respectfully requests that he be permitted to file an opposition motion in this case on October 6, 2006.

Respectfully Submitted,

*William J. Walker*
William T. Walker
1010 Peconic Place
Upper Marlboro, MD. 20774
301-808-3589

2

**CERTIFICATE OF SERVICE**

I, William T. Walker, hereby declare that on the 29th day of September, 2006, I mailed a copy of the foregoing Motion for Extension to:

~~Henry M. Paulson, JR., Secretary,~~
~~Department of the Treasury, Agency~~
~~1500 Pennsylvania Avenue, NW~~    W.D.W.
~~Washington, DC 20220~~

Kathleen Konopka
Assistant U.S. Attorney General
Judiciary Center Building
555 4th Street, NW
Room E4412
Washington, DC 20001

~~U.S. Attorney for the District of Columbia~~
~~501 Third Street, NW~~    W.D.W.
~~Washington, DC 20001~~

_____William T. Walker_____
William T. Walker
1010 Peconic Place
Upper Marlboro, Md. 20774
301-808-3589