UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM T. WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, JR., )<br>Secretary, U.S. Department of )<br>the Treasury, )<br>)<br>Defendant. )<br>) | Civil Action No.06-1115(PLF) |

ORDER

UPON CONSIDERATION of Plaintiff's motion to extend time for filing an opposition motion to Defendant's Motion for Partial Dismissal and to Strike, it is thereupon this ____ day of _____, 2006, hereby

ORDERED, that Plaintiff shall respond to Defendant's motion by October 6, 2006.

_____
UNITED STATES DISTRICT JUDGE