UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WILLIAM T. WALKER,           )
                             )
    Plaintiff,               )
                             )
    v.                       )   Civil Action No. 06-1115 (PLF)
                             )
HENRY M. PAULSON, JR.,       )
Secretary, U.S. Department of)
the Treasury,                )
                             )
    Defendant.               )
_____)

### ORDER

UPON CONSIDERATION of Plaintiff's Opposition Motion to Defendant's Motion for Partial Dismissal and to Strike, any opposition thereto, any reply, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's Opposition Motion to Defendant's Motion for Partial Dismissal and to Strike shall be, and hereby is, GRANTED; all claims set forth in Plaintiff's complaint in allegations 1-5, 8, 9, and 15 are ACCEPTED; and it is further

ORDERED that Defendant's Motion to Strike shall be, and hereby is, DENIED.

                                        _____
                                        PAUL L. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE