UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, JR., )<br>Secretary, U.S. Department of the )<br>Treasury, )<br>)<br>      Defendant. )<br>) | Civil Action No. 06-1115 (PLF) |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case and withdraw the appearance of Kathleen Konopka, Assistant United States Attorney.

Respectfully submitted,

_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, N.W., Room E4412
Washington, D.C. 20530
(202) 616-5309


_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4412
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2006, I caused the foregoing Substitution of Counsel to be served by mailing a copy thereof by first class United States mail, postage prepaid, to:

William T. Walker
1010 Peconic Place
Upper Marlboro, Maryland 20774

_____
JUDITH A. KIDWELL
Assistant United States Attorney