UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON JR., )<br>Secretary, Department of the )<br>Treasury, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1115 (PLF) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the Defendants' motion to dismiss and to strike [12] is GRANTED in part and DENIED in part. Counts I, II, III, IV, and V of the complaint are DISMISSED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 7, 2007