**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM T. WALKER )<br>)<br>          Plaintiff,    )<br>)<br>     v.              )<br>)<br>JOHN W. SNOW, Secretary,  )<br>Department of the Treasury )<br>)<br>          Defendant.   )<br>)<br>_____) | Civil Action No. 06-1115(PLF) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

WILLIAM T. WALKER
1010 Peconic Place
Upper Marlboro, MD 20774

on this _____ day of September, 2007.

    \_\_\_/s/_____
    DIANE M. SULLIVAN
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C.  20530
    (202)514-7205