# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

WILLIAM T. WALKER,                       )

                                                     )     **APPEARANCE**

          Plaintiff,                    )     Civil Action No. 06-1115 (PLF)

                                                     )

          vs                             )

HENRY M. PAULSON, JR.,                   )

Secretary, Department of the Treasury,   )

          Defendant                     )

To the Clerk of this court and all parties or record:

Please enter the appearance of <u>Gayle L. Terry</u> as counsel for the limited purposes of mediation in this case for <u>William T. Walker.</u>

<u>September 17, 2007</u>

                                      Signature

                                      Gayle L. Terry

<u>499488</u>

Bar Identification

                                      Wilmer Cutler Pickering Hale & Dorr, LLP

                                      1875 Pennsylvania Avenue, NW

                                      Washington, DC 20006

                                      (202) 663-6000