UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER,           )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br> JOHN W. SNOW,                )<br>                              )<br>         Defendant.           ) | Civ. Action No. 1:06-1115 (PLF)<br>ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorneys Judith A. Kidwell and Diane M. Sullivan.

Dated: September 24, 2007            Respectfully submitted,


                                     /s/
                                     JUDITH A. KIDWELL

                                     /s/
                                     DIANE M. SULLIVAN
                                     D.C. Bar No. 12765

                                     /s/
                                     BLANCHE L. BRUCE
                                     D.C. Bar No. 960245
                                     Assistant United States Attorney
                                     555 Fourth St., N.W.
                                     Washington, D.C. 20530
                                     (202) 307-6078