UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM T. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1115 (PLF) |
| HENRY M. PAULSON, Jr., Secretary, United States Department of the Treasury, | ) |
| Defendant.[1] | ) |

SCHEDULING ORDER

The parties appeared for a status conference on January 29, 2008. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of the parties and counsel, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be made by February 19, 2008.

2. Fact discovery shall be completed by June 30, 2008. Counsel and the parties must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4. Each party is limited to a maximum of 5 depositions.

---

[1] Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Secretary Paulson has been substituted for the former Secretary.

5. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by February 29, 2008.

6. Counsel and the parties are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel and the parties are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. No one shall file a discovery motion without a prior conference with the Court and the opposing party.

7. A further status conference is scheduled for July 8, 2008 at 9:30 a.m. The parties will inform the Court at that time whether they need to engage in expert discovery, and how dispositive motions and/or pretrial and trial matters should be scheduled.

8. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, the parties shall advise the Court by promptly filing a joint stipulation.

9.	Counsel and the parties are reminded to comply with Local Civil Rule 7(m), which requires counsel and pro se litigants to confer on all nondispositive motions prior to filing them with the Court.  See LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 30, 2008