## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HENRY M. PAULSON, JR., Secretary, | )   No. 1:06-cv-01115-PLF |
| Department of the Treasury, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant Department of the Treasury and withdraw the appearance of Assistant United States Attorney Blanche Bruce.

Dated: January 31, 2008        Respectfully submitted,

/s/
Blanche Bruce, D.C. Bar # 960245
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6078
Blanche.Bruce@usdoj.gov

/s/
Brandon L. Lowy,
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364
Brandon.Lowy@usdoj.gov