UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM T. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No.: 06-1115 (PLF) |
| HENRY M. PAULSON, Jr., Secretary, United States Department of the Treasury, | ) |
| Defendant. | ) |

**DEFENDANT'S RULE 26(a) DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, Defendant, United States Department of the Treasury, makes the following initial disclosures:

**A.   Individuals Likely to Have Discoverable Information[1]**

1. William T. Walker, Plaintiff

2. Terry Tucker

    Ms. Tucker is a former OCC Personnel Management Specialist, who met with members of the rating and ranking panels to discuss the crediting plans and to ensure that all panel members followed the same processes for computer specialist positions under Vacancy Announcement Numbers 98-103E (OC-334-14), 98-104E (OC-334-16), and 105N (OC-334-17).

3. Darlene T. Robinson

    Ms. Robinson is the former OCC Personnel Management Specialist who processed the application packages for computer specialist positions under Vacancy Announcement Numbers 98-103E, 98-104E , and 98-105N. Ms. Robinson determined the cut-off scores for the best qualified candidates for each position. Ms. Robinson has knowledge about the allegations of race, sex, and age

---

[1] Plaintiff is requested to contact Special AUSA Brandon Lowy at (202) 307-0364 before contacting anyone listed below.

      discrimination against OCC management officials.

4. Wade Gillory

   Mr. Gillory is a former OCC Personnel Management Specialist who assisted in the processing of the applications for the Vacancy Announcement Numbers 98-103E, 98-104E, and 98-105N computer specialist positions.

5. Marvin Ferguson

   Mr. Ferguson, a former OCC employee, served as a member of the rating and ranking panel for the Vacancy Announcement 98-103E (OC-334-14) computer specialist position and rated Plaintiff's application.

6. Teresa Greenwell
   Office of the Comptroller of the Currency
   250 E Street, SW
   Washington, DC 20219
   (202) 874-6551

   Ms. Greenwell served as a member of the rating and ranking panel for the Vacancy Announcement 98-103E (OC-334-14) computer specialist position and rated Plaintiff's application.

7. Douglas Reese

   Mr. Reese, a former OCC employee, served as a member of the rating and ranking panel for the Vacancy Announcement 98-103E (OC-334-14) computer specialist position and rated Plaintiff's application.

8. John Wahl
   Office of the Comptroller of the Currency
   250 E Street, SW
   Washington, DC 20219
   (202) 874-5126

   Mr. Wahl served a member of the interview panel for the Vacancy Announcement 98-103E (OC-334-14) computer specialist position.

9. Lawrence E. Dandridge
   7007 Saint Anne's Avenue
   Lanham, MD

   Mr. Dandridge, a former OCC employee, served a member of the interview panel for the 98-103E (OC-334-14) computer specialist position.

10. Michael Gutierrez

    Mr. Gutierrez, a former OCC employee, served a member of the interview panel for the 98-103E (OC-334-14) computer specialist position.

11. Kathie King
    Office of the Comptroller of the Currency
    250 E Street, SW
    Washington, DC 20219
    (301) 324-3301

    Ms. King served as a member of the rating and ranking panel for the Vacancy Announcement Number 98-104E (OC-334-16) computer specialist position and rated Plaintiff's application.

12. Vanessa Young
    Office of the Comptroller of the Currency
    250 E Street, SW
    Washington, DC 20219
    (202) 874-5123

    Ms. Young served as a member of the rating and ranking panel for the Vacancy Announcement Number 98-104E (OC-334-16) computer specialist position and rated Plaintiff's application.

13. Paul Eaton

    Mr. Eaton, a former OCC employee, served as a member of the rating and ranking panel for the Vacancy Announcement Number 98-104E (OC-334-16) computer specialist position and rated Plaintiff's application.

14. Harriet Antiporowich

    Ms. Antiporowich, a former OCC employee, served as a member of the rating and ranking panel for the Vacancy Announcement Number 98-105N (OC-334-17) computer specialist position and rated Plaintiff's application.

15. Elizabeth Carter

    Ms. Carter, a former OCC employee, served as a member of the rating and ranking panel for the Vacancy Announcement Number 98-105N (OC-334-17) computer specialist position and rated Plaintiff's application.

16. Steven Yohai

    Mr. Yohai is the former OCC Chief Information Officer and has knowledge about

       Plaintiff's allegations of race, sex, and age discrimination.  Mr. Yohai was the selecting official for three computer specialist positions under Vacancy Announcement Numbers 98-103E (OC-334-14), 98-104E (OC-334-16), and 98-105N (OC-334-17).

17. Leslie Lawson
    Office of the Comptroller of the Currency
    250 E Street, SW
    Washington, DC 20219
    (202) 874-5103

    Ms. Lawson is the former Executive Assistant to the former Chief Information Officer and has knowledge of the Plaintiff's allegations of race, sex, and age discrimination.  Ms. Lawson participated in the general management of the OCC's Information Technology Services Department.

18. Judy Morrison
    Office of the Comptroller of the Currency
    250 E Street, SW
    Washington, DC 20219
    (202) 874-5055

    Ms. Morrison served as Plaintiff's rating official for the performance rating period 1997-98.

19. Vance Kane
    Office of the Comptroller of the Currency
    250 E Street, SW
    Washington, DC 20219
    (202) 874-5105

    Mr. Kane served as Plaintiff's rating official for the performance rating periods 1998-99 and 1999-2000.  As Team Leader for the Data Warehouse Team, Mr. Kane approved training requests.  Mr. Kane issued a letter of reprimand to Plaintiff and had it placed in his official personnel file.

20. Leonard Reid

    Mr. Reid, a former OCC employee, served as Plaintiff's reviewing official for the performance rating period 1997-1998.

21. Charles Wright

    Mr. Wright, a former OCC employee, served as a recommending official for the 98-104E (OC-334-16) panel.  Mr. Wright also served as Plaintiff's reviewing official.  Mr. Wright was involved in decision making regarding Plaintiff's

4

requests for training.

**B.   Documents**

1.   Plaintiff's EEO Investigation Files, TD Case Number 99-1215 (8 volumes) and Agency Number 01-1149 (1 volume), should be in the possession of the Plaintiff, and a copy is currently retained by Counsel for the Office of the Comptroller of the Currency at 250 E Street, SW, Washington, Dc 20219.

**C.   Damages Computation**

N/A

**D.   Insurance Agreement**

N/A

Pursuant to Fed. R. Civ. P. 26(e), Defendant reserves the right to supplement or amend these disclosures.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610

_____/s/_____
RUDOLPH CONTRERAS
D.C. Bar #434122

_____/s/_____
BRANDON L. LOWY
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Of Counsel:
Neil M. Robinson, Counsel
Office of the Comptroller of the Currency
250 E Street, SW
Washington, D.C. 20219

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2008, I caused the foregoing Defendant's Rule 26(a) Disclosures to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

WILLIAM T. WALKER
1010 Peconic Place
Upper Marlboro, MD 20774


                                                                       /s/
                                          BRANDON L. LOWY