UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No.: 06-1115 (PLF) |
| HENRY M. PAULSON, Jr., Secretary, United States Department of the Treasury, | ) |
| Defendant. | ) |

**PLAINTIFF'S RULE 26(a) DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, Plaintiff, William T. Walker, makes the following initial disclosures:

A. **Sources of likely Discoverable Information.**

1. Department of the Treasury, Office of the Comptroller of the Currency (OCC), Defendant

2. David Douglas

   Mr. Douglas is the former Director of Equal Employment Program at the OCC. He is familiar with the discriminatory policies which had been practiced against blacks by the Office of Information Technology Services (ITS) for years prior to and including the computer specialist positions posted in 1998 under Vacancy Announcements Numbers 98-103E (OC-334-14), 98-104E (OC-334-16), and 105N (OC-334-17). There were at least eight Equal Employment Opportunity (EEO) complaints filed concerning the filling of the positions posted in 1998. In addition, numerous EEO complaints had been filed against ITS prior to 1998. Mr. Douglas left or was forced out of the OCC shortly after the 1998 complaints were filed.

3. Connie King
   Office of the Comptroller of the Currency
   250 E Street, SW

RECEIVED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Washington, DC 20219
202-874-5111

Ms. King filed an EEO compliant concerning the filling of the 1998 vacancies.

4. Pam Cox
   Office of the Comptroller of the Currency
   250 E Street, SW
   Washington, DC 20219
   202-874-3807

   Ms. Cox filed an EEO compliant concerning the filling of the 1998 vacancies.

5. Joe Cowan

   Mr. Cowan, a former OCC employee, filed an EEO compliant concerning the filling of the 1998 vacancies.

6. Katanya Dottin

   Ms. Dottin, a former OCC employee, filed an EEO compliant concerning the filling of the 1998 vacancies.

7. Joyce Lewis

   Ms. Lewis, a former OCC employee, filed an EEO compliant concerning the filling of the 1998 vacancies.

8. Charles Lucas

   Mr. Lucas, a former OCC employee, filed an EEO complaint concerning the filling of the 1998 vacancies.

9. Ballard Gilmore

   Mr. Gilmore, a former OCC employee, served as EEO counselor for Plaintiff in TD Case Number 99-1215.

B. **Documents**

1. Plaintiff's EEO investigation files for TD Case Number 99-1215 and Agency Number 01-1149.

   Pursuant to Fed. R. Civ. P. 26(e), Plaintiff reserves the right to supplement or amend these disclosures.

                                      Respectfully submitted,

                                      _W. J. Walker_ (signature)
                                      William T. Walker
                                      1010 Peconic Place
                                      Upper Marlboro, MD. 20774
                                      301-808-3589

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that, on this **28th** day of February, 2008, copies of the foregoing Plaintiff's Rule 26(a) Disclosures were served by first-class mail, postage pre-paid to:

Henry M. Paulson, JR., Secretary,
Department of the Treasury, Agency
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Brandon L. Lowy
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, DC 20530

U.S. Attorney for the District of Columbia
501 Third Street, NW
Washington, DC 20001

*W.J. Walker*
William T. Walker
1010 Peconic Place
Upper Marlboro, MD. 20774
301-808-3589