UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

WILLIAM T. WALKER,                       )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )          Civil Action No. 06-1115  (PLF)
                                         )
HENRY M. PAULSON, Jr., Secretary,        )
   United States Department of the Treasury, )
                                         )
            Defendant.                   )
_____)

ORDER

         Plaintiff recently filed with the Court disclosures pursuant to Rule 26(a) of the

Federal Rules of Civil Procedure.  As the Federal and Local Rules make clear, however,

discovery material is not to be filed with the Court unless so ordered.  See FED. R. CIV. P.

26(a)(4); LCvR 5.2(a).  Accordingly, it is hereby

         ORDERED that plaintiff shall cease filing discovery with the Court.

         SO ORDERED.


                              _____/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge


DATE:  March 6, 2008