UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM T. WALKER,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )   Civil Case No.: 06-1115 (PLF) <br> ) |
| **HENRY M. PAULSON, Jr., Secretary,** <br> United States Department of the <br> Treasury, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO RESET STATUS CONFERENCE**

Defendant, by and through their undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend until August 14, 2008, the deadline to complete discovery. Defendant also respectfully moves this Court to reschedule the status conference set by the Court for July 8, 2008 to another date soon after the proposed closing of discovery. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff on Thursday, June 26, 2008, and Plaintiff consented to the relief requested.

There is good cause to grant this motion. The parties have conducted written discovery, but need additional time in order to complete Plaintiff's deposition, as well as any other depositions that may be needed. For the foregoing reason, Defendant respectfully requests that the deadline to complete discovery be extended to August 8, 2008 and the status conference be rescheduled to a date following soon after the proposed close of discovery. This is Defendant's first request. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,


/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney



/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



/s/_____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov


Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **WILLIAM T. WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Case No.: 06-1115 (PLF) |
| | ) | |
| **HENRY M. PAULSON, Jr., Secretary, United States Department of the Treasury,** | ) | |
| | ) | |
| **Defendant**. | ) | |

## **ORDER**

Having considered Defendant's Motion for Extension of Time to Complete Discovery and to Reset Status Conference, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for Extension of Time to Complete Discovery and to Reset status Conference be and hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall complete discovery by August 14, 2008, and shall reconvene for a status conference on _____, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, I caused the foregoing Defendant's Consent Motion for Extension of Time to Complete Discovery and to Reset Status Conference to be filed via the Court's Electronic Case Filing system, and served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

WILLIAM T. WALKER
1010 Peconic Place
Upper Marlboro, MD 20774


                                                              ___/s/_____
                                                              BRANDON L. LOWY