# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY M. PAULSON, JR., Secretary, | ) | Civil Action No. 06-1115 (PLF) |
| Department of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Assistant United States Attorney John G. Interrante as counsel for defendant in the above

captioned case and withdraw the appearance of Special Assistant United States Attorney

Brandon L. Lowy.


Respectfully submitted,

____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of August, 2008, I caused a copy of the foregoing to

be served on plaintiff via first class mail postage prepaid, addressed as follows:

WILLIAM T. WALKER
1010 Peconic Place
Upper Marlboro, MD 20774


_____/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov