UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM T. WALKER,** ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 06-1115 (PLF) |
| ) | |
| v. ) | |
| ) | |
| **HENRY M. PAULSON, Jr.,** ) | |
| Secretary, United States Department ) | |
| of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE DISCOVERY AND TO RESET STATUS CONFERENCE**

Defendant, by and through their undersigned counsel, and plaintiff, William T. Walker, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend the deadline for completion of discovery by 60 days to, and including, October 14, 2008. The parties also respectfully move this Court to reset the post-discovery status conference in this case for October 21, 2008 or another date following the close of discovery convenient to the Court. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, undersigned counsel has conferred with Plaintiff, and Plaintiff agreed that Defendant may file this joint motion on behalf of the parties.

There is good cause to grant this motion. Since the Court's Order of July 1, 2008 extending the discovery cutoff date, defendant has deposed plaintiff and plaintiff has reviewed defendant's responses to plaintiff's first set of discovery requests. Plaintiff sent an email to counsel for defendant challenging certain objections lodged by defendant to plaintiff's discovery requests. Undersigned counsel, who is entering a substitution of counsel for defendant, arranged

a telephone conference with plaintiff and agency counsel on August 12, 2008 to discuss any outstanding discovery issues.[1] Plaintiff clarified that he is challenging defendant's objections to seven discovery requests. The parties have agreed to continue to discuss outstanding discovery matters and attempt to resolve any disputes in the next 60 days without seeking court intervention. The parties may request that the Court sign a protective order, if necessary.

For the foregoing reasons, the parties respectfully request that the deadline to complete discovery be extended by 60 days to, and including, October 14, 2008 and the status conference be rescheduled for October 21, 2008, or another date following the proposed close of discovery convenient to the Court. This is the second request to extend the discovery cutoff. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

Attorneys for Defendant

---

[1] Prior counsel for defendant completed his detail in the Civil Division on August 5, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2008, I caused the foregoing to be served upon plaintiff by first-class mail, postage prepaid (with a courtesy copy by email), addressed as follows:

WILLIAM T. WALKER
1010 Peconic Place
Upper Marlboro, MD 20774

John G. Interrante
Assistant United States Attorney