UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIAM T. WALKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 06-1115 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| **HENRY M. PAULSON, Jr.,** | ) | |
| **Secretary, United States Department** | ) | |
| **of the Treasury,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered the Joint Motion for Extension of Time to Complete Discovery and to Reset Status Conference, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that joint motion is hereby GRANTED; and it is

FURTHER ORDERED that the parties shall complete discovery by October 14, 2008, and shall reconvene for a status conference on _____ \_\_\_, 2008.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge

Copy to:  ECF Counsel